THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JOHN RICKS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SPENCER COX et al.,<br><br>　　　　　　Defendants. | **MEMORANDUM DECISION<br>AND ORDER**<br><br>Case No. 2:24-CV-125-RJS<br><br>Chief District Judge Robert J. Shelby |

　　　　In this prisoner civil-rights action, on June 3, 2024, the court ordered "Plaintiff to, within thirty days write a letter to the court, either (a) verifying that Plaintiff is still a prisoner and, if so, where; or (b) stating that Plaintiff has been released from incarceration." (ECF No. 9.) Plaintiff has not responded. Indeed, the court last heard from Plaintiff on March 12, 2024—nearly four months ago—when he filed his financial certificate. (ECF No. 6.) And, the court's recent mail sent to Plaintiff was returned to sender, marked "Released: No longer in custody." (ECF No. 8-1.) It is Plaintiff's responsibility to keep his address timely updated with the court. *See* D. Utah Civ. R. 83-1.6(b) ("An unrepresented party must immediately notify the Clerk's Office in writing of any name, mailing address, or email address changes.").

The court thus ORDERS that Plaintiff's Complaint is DISMISSED without prejudice for failure to comply with the court's orders and for failure to prosecute. *See* DUCivR 41-2.

DATED this 8th day of July, 2024.

BY THE COURT:

_____
CHIEF JUDGE ROBERT J. SHELBY
United States District Court